IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RICHARD J. URRIZAGA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-07-434-S-BLW |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ATTORNEY GENERAL FOR IDAHO, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: **April 9, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**